# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

126940 & (50)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,
　　　　Cross-Appellant,

v

DAVID D. DANIELS,
　　　　Defendant-Appellant,
　　　　Cross-Appellee.

SC: 126940
COA: 247558
Oakland CC: 01-180760-FC

_____/

　　　　On order of the Court, the application for leave to appeal and the application for leave to appeal as cross-appellant from the July 20, 2004 judgment of the Court of Appeals are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　CORRIGAN, J., dissents and states as follows:

　　　　I continue to adhere to the views set forth in my dissenting statement in *People v Curvan*, 473 Mich 896, 897 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

Clerk

s1012